JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
FRANK N. ZALOM (STATE BAR NO. 315930)
fzalom@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, CA 95814-4497
Telephone:   +1 916 447 9200
Facsimile:   +1 916 329 4900

ANNIE H. CHEN (STATE BAR NO. 292032)
annie.chen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone:   +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for Defendants PHH MORTGAGE CORPORATION and MSR ASSET VEHICLE LLC (formerly LIBERTY HOME EQUITY SOLUTIONS, INC.)

*(Caption continues on next page)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAELA LANERE, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION a New Jersey corporation, d/b/a LIBERTY REVERSE MORTGAGE; LIBERTY HOME EQUITY SOLUTIONS a California limited liability company and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 2:24-cv-00652-DJC-DB<br><br>**STIPULATION TO CONTINUE CASE DEADLINES AND ORDER** |

JEAN-CLAUDE LAPUYADE (STATE BAR NO. 248676)
jlapuyade@jcl-lawfirm.com
MONNETT DE LA TORRE (STATE BAR NO. 272884)
mdelatorre@jcl-lawfirm.com
ANDREA ALEJANDRA AMAYA SILVA (STATE BAR NO. 348080)
aamaya@jcl-lawfirm.com
JCL LAW FIRM, APC
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone:   +1 619 599-8292
Facsimile:   +1 619 599-8291

SHANI O. ZAKAY (STATE BAR NO. 277924)
shani@zakaylaw.com
ZAKAY LAW GROUP, APLC
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone:   +1 619 255-9047
Facsimile:   +1 858 404-9203

Plaintiff Michaela Lanere and Defendants PHH Mortgage Corporation ("PHH") and MSR Asset Vehicle LLC (formerly Liberty Home Equity Solutions, Inc.) ("Liberty") (collectively the "Parties") hereby submit this Stipulation to Continue Case Deadlines. The Parties stipulate as follows:

1. On January 23, 2024, Plaintiff filed her wage-and-hour putative class action against Defendants PHH, Liberty, Ocwen Financial Insurance Services, Inc., and Ocwen USVI Services, LLC in the Superior Court of California for the County of Sacramento.

2. On February 29, 2024, PHH and Liberty removed this action to the United States District Court, Eastern District of California.

3. On March 5, 2024, the Parties met and conferred to discuss Defendants' anticipated Motion to Dismiss and/or Strike Plaintiff's Complaint and Plaintiff's anticipated Motion to Remand.  The Parties also discussed mediation and potential settlement of the case.

4. Plaintiff agreed to amend her Complaint to address some of the issues Defendants raised regarding the parties, claims and allegations, and she filed her First Amended Complaint ("FAC") on March 6, 2024.  The Parties also agreed to mediate the matter and are currently discussing potential mediators and availability.  Further, the Parties have agreed to seek a 60-day continuance of case deadlines to allow time for the Parties to agree on a mediator, reserve a mediation date and explore potential resolution of this matter.

5. PHH and Liberty's deadline to file their responsive pleading to Plaintiff's FAC is currently March 20, 2024.

6. Plaintiff's deadline to file her Motion to Remand is currently April 1, 2024.

7. The Court has not set a Scheduling Conference, but it has issued an Initial Case Management Order requiring the Parties to meet and confer and submit a Joint Status Report within 60 days of service on any party, or from the date of removal, as required by Rule 26(f) of the Federal Rules of Civil Procedure.  The deadline for the Parties to meet and confer and submit a Joint Status Report is currently April 29, 2024.

1. 8. The Parties have not requested any prior continuances of the matter.

2. 9. Accordingly, to promote judicial economy and efficiency, the Parties request that the Court continue the case deadlines by 60-days as follows:

    a. Deadline for PHH and Liberty to file a responsive pleading: **May 20, 2024**;

    b. Deadline for Plaintiff to file her Motion to Remand: **May 31, 2024**; and

    c. Deadline for Parties to meet and confer and submit a Joint Status Report as required by the Court's Initial Case Management Order and Federal Rules of Civil Procedure 26(f): **June 28, 2024**.

IT IS SO STIPULATED.

Dated: March 13, 2024

JULIE A. TOTTEN
ANNIE H. CHEN
FRANK N. ZALOM

Orrick, Herrington & Sutcliffe LLP


By: _____/s/ Annie H. Chen_____
ANNIE H. CHEN
Attorneys for Defendants PHH
MORTGAGE CORPORATION and
MSR ASSET VEHICLE LLC (formerly
LIBERTY HOME EQUITY
SOLUTIONS, INC.)

| | |
|---|---|
| Dated: March 13, 2024 | JEAN-CLAUDE LAPUYADE<br>MONNETT DE LA TORRE<br>ANDREA ALEJANDRA AMAYA SILVA<br><br>JCL LAW FIRM, APC<br><br>By: _/s/ Jean-Claude LaPuyade_<br>JEAN-CLAUDE LAPUYADE<br>Attorneys for Plaintiff MICHAELA LANERE |

### **ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

| | |
|---|---|
| Dated:  March 13, 2024 | By: _/s/ Annie H. Chen_<br>Annie H. Chen |

# **ORDER**

The Court having considered the Parties' Stipulation to Continue Case Deadlines and finding good cause, hereby GRANTS the Parties' request to continue case deadlines and ORDERS as follows:

1. The deadline for PHH and Liberty to file a responsive pleading is continued to May 20, 2024;

2. The deadline for Plaintiff to file a Motion to Remand is continued to May 31, 2024; and

3. The deadline for the Parties to meet and confer and submit a Joint Status Report as required by the Court's Initial Case Management Order and Federal Rules of Civil Procedure 26(f) is continued to June 28, 2024.

Dated:  March 13, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE