JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
FRANK N. ZALOM (STATE BAR NO. 315930)
fzalom@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, CA 95814-4497
Telephone:   +1 916 447 9200
Facsimile:    +1 916 329 4900

ANNIE H. CHEN (STATE BAR NO. 292032)
annie.chen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone:   +1-213-629-2020
Facsimile:    +1-213-612-2499

Attorneys for Defendants PHH MORTGAGE CORPORATION and MSR ASSET VEHICLE LLC (formerly LIBERTY HOME EQUITY SOLUTIONS, INC.)

*(Caption continues on next page)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAELA LANERE, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION a New Jersey corporation, d/b/a LIBERTY REVERSE MORTGAGE; LIBERTY HOME EQUITY SOLUTIONS a California limited liability company and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 2:24-cv-00652-DJC-DB<br><br>**STIPULATION TO CONTINUE CASE DEADLINES AND ORDER** |

| | |
|---|---|
| 1 | JEAN-CLAUDE LAPUYADE (STATE BAR NO. 248676) |
| | jlapuyade@jcl-lawfirm.com |
| 2 | MONNETT DE LA TORRE (STATE BAR NO. 272884) |
| | mdelatorre@jcl-lawfirm.com |
| 3 | ANDREA ALEJANDRA AMAYA SILVA (STATE BAR NO. 348080) |
| | aamaya@jcl-lawfirm.com |
| 4 | JCL LAW FIRM, APC |
| | 5440 Morehouse Drive, Suite 3600 |
| 5 | San Diego, CA 92121 |
| | Telephone:   +1 619 599-8292 |
| 6 | Facsimile:   +1 619 599-8291 |
| 7 | SHANI O. ZAKAY (STATE BAR NO. 277924) |
| | shani@zakaylaw.com |
| 8 | ZAKAY LAW GROUP, APLC |
| | 5440 Morehouse Drive, Suite 3600 |
| 9 | San Diego, CA 92121 |
| | Telephone:   +1 619 255-9047 |
| 10 | Facsimile:   +1 858 404-9203 |

Plaintiff Michaela Lanere and Defendants PHH Mortgage Corporation ("PHH") and MSR Asset Vehicle LLC (formerly Liberty Home Equity Solutions, Inc.) ("Liberty") (collectively the "Parties") hereby submit this Stipulation to Continue Case Deadlines. The Parties stipulate as follows:

1. On January 23, 2024, Plaintiff filed her wage-and-hour putative class action against Defendants PHH, Liberty, Ocwen Financial Insurance Services, Inc., and Ocwen USVI Services, LLC in the Superior Court of California for the County of Sacramento.

2. On February 29, 2024, PHH and Liberty removed this action to the United States District Court, Eastern District of California.

3. On March 5, 2024, the Parties met and conferred to discuss Defendants' anticipated Motion to Dismiss and/or Strike Plaintiff's Complaint and Plaintiff's anticipated Motion to Remand. The Parties also discussed mediation and potential settlement of the case.

4. During the meet and confer, Plaintiff agreed to amend her Complaint to address some of the issues Defendants raised regarding the parties, claims and allegations, and she filed her First Amended Complaint ("FAC") on March 6, 2024. The Parties also agreed to mediate the matter and requested a 60-day continuance of case deadlines to allow time for the Parties to agree on a mediator, reserve a mediation date and explore potential resolution of this matter, which the Court granted. See Dkt No. 10.

5. The Parties have since scheduled mediation on July 24, 2024 and now agree to seek an additional 90-day continuance of case deadlines to allow the Parties to mediate and explore potential resolution of the matter.

6. PHH and Liberty's deadline to file their responsive pleading to Plaintiff's FAC is currently May 20, 2024.

7. Plaintiff's deadline to file her Motion to Remand is currently May 31, 2024.

8. The deadline for the Parties to meet and confer and submit a Joint Status report is currently June 28, 2024.

9. Accordingly, to promote judicial economy and efficiency, the Parties

request that the Court continue the case deadlines by 90-days as follows:

    a.    Deadline for PHH and Liberty to file a responsive pleading: **August 19, 2024**;

    b.    Deadline for Plaintiff to file her Motion to Remand: **August 29, 2024**; and

    c.    Deadline for Parties to meet and confer and submit a Joint Status Report as required by the Court's Initial Case Management Order and Federal Rules of Civil Procedure 26(f): **September 26, 2024**.

IT IS SO STIPULATED.

Dated: May 13, 2024

JULIE A. TOTTEN
ANNIE H. CHEN
FRANK N. ZALOM

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    /s/ Annie H. Chen
ANNIE H. CHEN
Attorneys for Defendants PHH MORTGAGE CORPORATION and MSR ASSET VEHICLE LLC (formerly LIBERTY HOME EQUITY SOLUTIONS, INC.)

Dated: May 13, 2024

JEAN-CLAUDE LAPUYADE
MONNETT DE LA TORRE
ANDREA ALEJANDRA AMAYA SILVA

JCL LAW FIRM, APC

SHANI O. ZAKAY

ZAKAY LAW GROUP, APLC

By:    /s/ Shani O. Zakay
SHANI O. ZAKAY
Attorneys for Plaintiff MICHAELA LANERE

## **ORDER**

The Court having considered the Parties' Stipulation to Continue Case Deadlines and finding good cause, hereby GRANTS the Parties' request to continue case deadlines and ORDERS as follows:

1. The deadline for PHH and Liberty to file a responsive pleading is continued to August 19, 2024;

2. The deadline for Plaintiff to file a Motion to Remand is continued to August 29, 2024; and

3. The deadline for the Parties to meet and confer and submit a Joint Status Report as required by the Court's Initial Case Management Order and Federal Rules of Civil Procedure 26(f) is continued to September 26, 2024.

DATED this 13th day of May, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE