JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, CA 95814-4497
Telephone:   +1 916 447 9200
Facsimile:    +1 916 329 4900

ANNIE H. CHEN (STATE BAR NO. 292032)
annie.chen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone:   +1-213-629-2020
Facsimile:    +1-213-612-2499

Attorneys for Defendants PHH MORTGAGE CORPORATION and LIBERTY HOME EQUITY SOLUTIONS, INC.

**(Caption continues on next page)**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAELA LANERE, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION a New Jersey corporation, d/b/a LIBERTY REVERSE MORTGAGE; LIBERTY HOME EQUITY SOLUTIONS a California limited liability company and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 2:24-cv-00652-DJC-SCR<br><br>**STIPULATION TO CONTINUE CASE DEADLINES AND ORDER** |

1  JEAN-CLAUDE LAPUYADE (STATE BAR NO. 248676)
   jlapuyade@jcl-lawfirm.com
2  MONNETT DE LA TORRE (STATE BAR NO. 272884)
   mdelatorre@jcl-lawfirm.com
3  ANDREA ALEJANDRA AMAYA SILVA (STATE BAR NO. 348080)
   aamaya@jcl-lawfirm.com
4  JCL LAW FIRM, APC
   5440 Morehouse Drive, Suite 3600
5  San Diego, CA 92121
   Telephone:   +1 619 599-8292
6  Facsimile:   +1 619 599-8291

7  SHANI O. ZAKAY (STATE BAR NO. 277924)
   shani@zakaylaw.com
8  ZAKAY LAW GROUP, APLC
   5440 Morehouse Drive, Suite 3600
9  San Diego, CA 92121
   Telephone:   +1 619 255-9047
10 Facsimile:   +1 858 404-9203

Plaintiff Michaela Lanere and Defendants PHH Mortgage Corporation ("PHH") and Liberty Home Equity Solutions, Inc. ("Liberty") (collectively the "Parties") hereby submit this Stipulation to Continue Case Deadlines.  The Parties stipulate as follows:

1. On January 23, 2024, Plaintiff filed her wage-and-hour putative class action against PHH, Liberty, Ocwen Financial Insurance Services, Inc., and Ocwen USVI Services, LLC in the Superior Court of California for the County of Sacramento.

2. On February 29, 2024, PHH and Liberty removed this action to the United States District Court, Eastern District of California.

3. On March 5, 2024, the Parties met and conferred to discuss Defendants' anticipated Motion to Dismiss and/or Strike Plaintiff's Complaint and Plaintiff's anticipated Motion to Remand.  The Parties also discussed mediation and potential settlement of the case.

4. During the meet and confer, Plaintiff agreed to amend her Complaint to address some of the issues Defendants raised regarding the parties, claims and allegations, and she filed her First Amended Complaint ("FAC") on March 6, 2024.  The Parties also agreed to mediate the matter and requested a 60-day continuance of case deadlines to allow time for the Parties to agree on a mediator, reserve a mediation date and explore potential resolution of this matter, which the Court granted. *See* Dkt No. 10.

5. Upon stipulation from the Parties, the Court further granted an additional 90-day continuance of case deadlines to allow the Parties to mediate and explore potential resolution of the matter.  *See* Dkt. No. 12.

6. The Parties have since mediated the matter on July 24, 2024 and have accepted a mediator's proposal to resolve this case.  The Parties now agree to seek an additional 60-day continuance of case deadlines so that the parties may finalize the terms of the settlement and draft and execute the settlement agreement.

7. PHH and Liberty's deadline to file their responsive pleading to Plaintiff's FAC is currently August 19, 2024.

8. Plaintiff's deadline to file her Motion to Remand is currently August 29,

2024.

9. The deadline for the Parties to meet and confer and submit a Joint Status report is currently September 26, 2024.

10. Accordingly, to promote judicial economy and efficiency, the Parties request that the Court continue the case deadlines by 60-days as follows:

    a. Deadline for PHH and Liberty to file a responsive pleading: **October 18, 2024**;

    b. Deadline for Plaintiff to file her Motion to Remand: **October 28, 2024**; and

    c. Deadline for Parties to meet and confer and submit a Joint Status Report as required by the Court's Initial Case Management Order and Federal Rules of Civil Procedure 26(f): **November 25, 2024**.

IT IS SO STIPULATED.

Dated: August 14, 2024

JULIE A. TOTTEN
ANNIE H. CHEN

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:     */s/ Annie H. Chen*
ANNIE H. CHEN
Attorneys for Defendants PHH MORTGAGE CORPORATION and LIBERTY HOME EQUITY SOLUTIONS, INC.

| | |
|---|---|
| Dated: August 14, 2024 | JEAN-CLAUDE LAPUYADE<br>MONNETT DE LA TORRE<br>ANDREA ALEJANDRA AMAYA SILVA<br><br>JCL LAW FIRM, APC<br><br><br>By:   /s/ Monnett De La Torre<br>MONNETT DE LA TORRE<br>Attorneys for Plaintiff MICHAELA LANERE |

### **ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  August 14, 2024         By:   /s/ Annie H. Chen
                                  Annie H. Chen

**ORDER**

The Court having considered the Parties' Stipulation to Continue Case Deadlines and finding good cause, hereby GRANTS the Parties' request to continue case deadlines and ORDERS as follows:

1. The deadline for PHH and Liberty to file a responsive pleading is continued to October 18, 2024;

2. The deadline for Plaintiff to file a Motion to Remand is continued to October 28, 2024; and

3. The deadline for the Parties to meet and confer and submit a Joint Status Report as required by the Court's Initial Case Management Order and Federal Rules of Civil Procedure 26(f) is continued to November 25, 2024.

DATED this 14th day of August, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE