**ZAKAY LAW GROUP, APLC**
Shani O. Zakay (State Bar #277924)
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone: (619) 255-9047
Facsimile: (858) 404-9203
shani@zakaylaw.com

**JCL LAW FIRM, APC**
Jean-Claude Lapuyade (State Bar #248676)
Monnett De La Torre (State Bar #272884)
Andrea Amaya (State Bar #348080)
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone: (619) 599-8292
Facsimile: (619) 599-8291
jlapuyade@jcl-lawfirm.com
mdelatorre@jcl-lawfirm.com
aamaya@jcl-lawfirm.com

Attorneys for PLAINTIFF

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Julie A. Totten (State Bar #166470)
Frank N. Zalom (State Bar #315930)
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
jatotten@orrick.com
fzalom@orrick.com

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Annie H. Chen (State Bar #292032)
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
annie.chen@orrick.com

Attorneys for DEFENDANTS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAELA LANERE, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION a New Jersey corporation, d/b/a LIBERTY REVERSE MORTGAGE; LIBERTY HOME EQUITY SOLUTIONS a California limited liability company and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 2:24-CV-000652-DJC-SCR<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: January 23, 2024<br>Action Removed: February 29, 2024 |

Plaintiff MICHAELA LANERE ("Plaintiff") and Defendants PHH MORTGAGE CORPORATION and LIBERTY HOME EQUITY SOLUTIONS ("Defendants") by and through their respective counsel of record (hereinafter collectively, the "Parties"), hereby submit this Joint Stipulation:

On January 23, 2024, Plaintiff filed a Class Action Complaint with the Sacramento Superior Court against Defendants, case no. 24CV001137 ("Class Action"). On March 29, 2024, Plaintiff filed a separate representative action against Defendants with the Sacramento Superior Court alleging a single cause of action in violation of the Private Attorneys General Act (Labor Code Sections 2698) ("PAGA Action"). On February 29, 2024, Defendants removed Plaintiff's Class Action from the Sacramento Superior Court to the United Stated District Court, Eastern District of California.

On July 24, 2024, the Parties attended mediation with Lisa Klerman and reached a settlement of both the Class Action and the PAGA Action. Pursuant to the terms of the settlement agreement and for purposes of obtaining settlement approval, Plaintiff will amend her Complaint in the PAGA Action to add the class claims alleged in her Class Action Complaint, the Complaint which is at issue in this Court. A Stipulation for Leave to Amend is currently pending with the Court in the PAGA Action.

///

1  The Parties stipulate **that all forthcoming deadlines in this action shall be vacated** and this action shall be dismissed in its entirety with prejudice following receipt of the conformed First Amended Complaint in the PAGA Action. The Parties intend to file a joint stipulation to dismiss this action once the conformed First Amended Complaint is returned by the Court in the PAGA Action.

Dated: October 16, 2024         **JCL LAW FIRM, APC**
                                            **ZAKAY LAW GROUP, APLC**

By: */s/ Jean-Claude Lapuyade*
Jean-Claude Lapuyade, Esq.
Shani O. Zakay, Esq.

Counsel for PLAINTIFF

Dated: October 16, 2024         **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: */s/ Lauren R. Leibovitch*
Lauren R. Leibovitch, Esq.
Julie A. Totten, Esq.
Frank N. Zalom, Esq.

Counsel for DEFENDANTS

## SIGNATURE OF CERTIFICATION

I hereby certify that the contents of this document are acceptable to counsel for Defendants, and that I have obtained all necessary authorization to affix Defendants' counsel's electronic signature to the document.

October 16, 2024        **JCL LAW FIRM, APC**

By: */s/ Jean-Claude Lapuyade*
Jean-Claude Lapuyade, Esq.
.

**CERTIFICATE OF SERVICE**

I hereby certify that on August , 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of Perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2024.

**JCL LAW FIRM, APC**

By: */s/ Jean-Claude Lapuyade*
Jean-Claude Lapuyade, Esq.